| | |
|---|---|
| 1 | STEPHEN M. HAYES (SBN 83583) |
| 2 | shayes@hayesscott.com<br>JOSHUA N. KASTAN (SBN 284767) |
| 3 | jkastan@hayesscott.com<br>**HAYES SCOTT BONINO ELLINGSON & McLAY, LLP** |
| 4 | 203 Redwood Shores Pkwy., Ste. 480<br>Redwood City, California 94065 |
| 5 | Telephone: (650) 637-9100<br>Facsimile: (650) 637-8071 |

Attorneys for Defendant
HARTFORD UNDERWRITERS INSURANCE COMPANY
(erroneously sued as "Hartford Insurance Company")

CRAIG H. MAR (SBN 176939)
craigsmartncute@aol.com
1073 Walker Avenue
Oakland, California 94610
Telephone: (510) 451-9457

Attorney for Plaintiffs
EDWIN PALMERI and RALPH PALMERI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN PALMERI and RALPH PALMERI,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALLSTATE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY, and DOES 1 to 10,<br><br>        Defendants. | Case No.: 3:14-CV-01267-MMC<br><br>**STIPULATION OF DISMISSAL;** [PROPOSED] **ORDER**<br><br>*[Fed. Rule Civ. Proc., Rule 41(a)(1)]* |

///
///
///
///

509795

-1-

     **IT IS HEREBY STIPULATED** that Plaintiffs Edwin Palmeri's and Ralph Palmeri's claims against Defendant Hartford Underwriters Insurance Company in this action be **DISMISSED WITH PREJUDICE** pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), each party to bear their own fees and costs.

     Accordingly, **IT IS FURTHER STIPULATED** that Defendant Hartford Underwriters Insurance Company be dismissed as a party to this action and its pending Motion to Dismiss, currently set to be heard on May 2, 2014, be taken off calendar.

Date: March 31, 2014

By  /s/ Craig H. Mar
CRAIG H. MAR
Attorney for Plaintiffs
EDWIN PALMERI and RALPH PALMERI

Date: March 31, 2014     HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By  /s/ Joshua N. Kastan
STEPHEN M. HAYES
JOSHUA N. KASTAN
Attorneys for Defendant
HARTFORD UNDERWRITERS INSURANCE COMPANY

### [PROPOSED] ORDER

     **IT IS SO ORDERED**, and Defendant Hartford Underwriters Insurance Company's Motion to Dismiss, filed March 26, 2014, is hereby deemed WITHDRAWN.

Dated: March 31, 2014

_/s/ Maxine M. Chesney_
Hon. Maxine M. Chesney
United States District Judge