IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PALMERI and RALPH PALMERI, | No. C 14-1267 MMC |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALLSTATE INSURANCE COMPANY and HARTFORD INSURANCE COMPANY, | |
| Defendants. / | |

In light of the pending motion to dismiss, the Case Management Conference currently set for June 20, 2014, is hereby CONTINUED to August 29, 2014. The parties shall file a Joint Case Management Statement by August 22, 2014.

**IT IS SO ORDERED.**

Dated: June 13, 2014

MAXINE M. CHESNEY
United States District Judge