IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN PALMERI and RALPH PALMERI,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALLSTATE INSURANCE COMPANY and HARTFORD INSURANCE COMPANY,<br><br>  Defendants. | No. C 14-1267 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF MOTION IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

On June 9, 2014, defendant Allstate Insurance Company ("Allstate") electronically filed its Motion to Dismiss.  Allstate has violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Allstate is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy its motion.  Allstate is hereby advised that if it fails in the future to comply with the Court's Standing Orders to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed

document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: June 13, 2014

MAXINE M. CHESNEY
United States District Judge