CRAIG H. MAR (Bar No. 176939)
1073 Walker Ave.
Oakland, CA 94610
Telephone: (510) 451-9457
Email: craigsmartncute@aol.com

Attorneys for Plaintiffs
EDWIN PALMERI and RALPH PALMERI

MICHAEL BARNES (Bar No. 121314)
MEGAN BARKER (Bar No. 245991)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: michael.barnes@dentons.com
       megan.barker@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN PALMERI, RALPH PALMERI, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY, and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 3:14-cv-01267-MMC <br><br> STIPULATION TO STAY ACTION PENDING RESOLUTION OF ARBITRATION PROCEEDINGS; [PROPOSED] ORDER THEREON |

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

WHEREAS, plaintiffs have commenced this action, seeking damages and other relief over the actions of defendant Allstate Insurance Company in the handling of their uninsured motorist ("UM") claims under their Allstate Auto Insurance Policy;

WHEREAS, the subject Allstate policy and California law require that certain disputes over UM claims be resolved by binding arbitration;

WHEREAS, plaintiffs have recently made, and Allstate has recently accepted, a demand to arbitrate their UM claims;

WHEREAS, the parties believe it would be economically efficient and promote justice to allow their UM arbitration to be completed before continuing with the subject litigation;

NOW, THEREFORE, it is agreed that:

1. This action shall be stayed in its entirety, pending completion of the parties' UM arbitration;

2. All dates currently scheduled in this matter shall be vacated;

3. Allstate's pending motion to dismiss shall be removed from the Court's calendar, without prejudice to be refiled or renoticed as circumstances warrant;

4. The parties agree to complete their UM arbitration within six months of the Court's approval of this stipulation, contingent upon the arbitrator's availability; and

5. The parties will contact the Court within 30 days of the issuance of the arbitration award or other resolution of the arbitration proceedings, whichever is later, to request that the Court schedule a Case Management Conference in the event plaintiffs desire to continue with the prosecution of this action.

Case No. 3:14-cv-01267-MMC          -1-          STIPULATION TO STAY ACTION; [PROP.] ORDER THEREON

Dated: September 2, 2014

By    /s/Craig Mar
       CRAIG MAR

Attorney for Plaintiffs
RALPH PALMERI and EDWIN PALMERI

Dated: September 2, 2014     DENTONS US LLP


By    /s/Megan Barker
       MEGAN BARKER

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**[PROPOSED] ORDER**

Based on the foregoing stipulation of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. All proceedings in this matter are stayed pending resolution of the parties' underlying UM arbitration;

2. All dates currently scheduled are vacated, including the hearing on Allstate's pending motion to dismiss;

3. Allstate's motion to dismiss, which the court deems withdrawn, may be refiled or renoticed for hearing if Allstate wishes to obtain a ruling thereon; and

4. The parties shall ~~contact this Court within 30 days following the issuance of the arbitration award or other resolution of the arbitration proceedings, whichever is later, to request that a Case Management Conference be scheduled if plaintiffs wish to continue prosecuting the action at that time~~ file a joint status report no later than April 10, 2015.

Dated: September 3, 2014

_____
Hon. Maxine M. Chesney
United States District Judge

Case No. 3:14-cv-01267-MMC    -2-    STIPULATION TO STAY ACTION; [PROP.] ORDER THEREON