CRAIG H. MAR (Bar No. 176939)
1073 Walker Ave.
Oakland, CA 94610
Telephone: (510) 451-9457
Email: craigsmartncute@aol.com

Attorney for Plaintiffs
EDWIN PALMERI and RALPH PALMERI

MICHAEL BARNES (Bar No. 121314)
MEGAN BARKER (Bar No. 245991)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: michael.barnes@dentons.com
       megan.barker@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN PALMERI, RALPH PALMERI, | Case No. 3:14-cv-01267-MMC |
| Plaintiffs, | JOINT STATUS REPORT; [PROPOSED] ORDER THEREON |
| v. | |
| ALLSTATE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY, and DOES 1 through 10 inclusive, | |
| Defendants. | |

On September 3, 2014, this Court, at the parties' request, ordered that all proceedings in this matter were to be stayed pending resolution of the parties' underlying uninsured motorist arbitration. (See Docket # 28.) Pursuant to that Order, the parties now submit the following joint status report:

As background, plaintiffs Ralph and Edwin Palmeri brought this suit following a January 2010 car accident with an uninsured motorist, seeking bodily injury benefits. At the time, Allstate insured plaintiff Edwin Palmeri under an automobile policy, which provided uninsured motorist coverage. Because Allstate's policy and California Insurance Code mandate that any dispute over the value of an insured's uninsured motorist claim be resolved through arbitration, the parties agreed to the aforementioned stay. Following the Court's order, however, in November 2014, plaintiff Edwin Palmeri withdrew his arbitration demand on the ground that he previously settled his bodily injury claim under Allstate's policy in June 2010. As a result, Edwin Palmeri's uninsured motorist claim has been resolved and he may choose to dismiss his claims in this action as well.

The parties are still in the process of completing the arbitration of Ralph Palmeri's uninsured motorist claim. Ralph Palmeri's deposition was taken in the arbitration on March 24, 2015 (after it was postponed twice by Ralph) and, as a result, the parties are now in engaging in supplemental written discovery. The parties have also selected Joel Franciosa as an arbitrator and have recently engaged in settlement discussions. The parties hope to resolve this case before October 2015.

Accordingly, the parties request that the Court continue to stay this matter an additional six months, until October 10, 2015, to allow for the arbitration or other resolution of Ralph Palmeri's underlying uninsured motorist claim.

Case No. 3:14-cv-01267-MMC   -1-   JOINT STATUS REPORT; [PROP.] ORDER THEREON

Dated:  April 10, 2015

By    /s/ Craig Mar
       CRAIG MAR

Attorney for Plaintiffs
RALPH PALMERI and EDWIN PALMERI

Dated:  April 10, 2015     DENTONS US LLP


By    /s/ Megan Barker
       MEGAN BARKER

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

## [PROPOSED] ORDER

Based on the foregoing, IT IS HEREBY ORDERED that:

1. All proceedings in this matter will continue to be stayed pending resolution of plaintiff Ralph Palmeri's underlying UM arbitration;

2. The parties shall contact this Court within 30 days following the issuance of the arbitration award or other resolution of the arbitration proceedings, whichever is later, to request that a Case Management Conference be scheduled if plaintiffs wish to continue prosecuting the action at that time; and

3. If the parties have not contacted the Court as directed in paragraph 2. above by October 10, 2015, the parties shall file a further supplemental statement by that date informing the Court of the status of the arbitration and the timetable for its resolution.

Dated:  April 16, 2015

Hon. Maxine M. Chesney
United States District Judge