CRAIG H. MAR (Bar No. 176939)
1073 Walker Ave.
Oakland, CA 94610
Telephone: (510) 451-9457
Email: craigsmartncute@aol.com

Attorney for Plaintiffs
EDWIN PALMERI and RALPH PALMERI

MICHAEL BARNES (Bar No. 121314)
MEGAN BARKER (Bar No. 245991)
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: michael.barnes@dentons.com
       megan.barker@dentons.com

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWIN PALMERI, RALPH PALMERI, | Case No. 3:14-cv-01267-MMC |
| Plaintiffs, | STIPULATION RE: DISMISSAL WITH PREJUDICE; ~~PROPOSED~~ ORDER |
| v. | |
| ALLSTATE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY, and DOES 1 through 10 inclusive, | |
| Defendants. | |

The parties in the above-referenced action, plaintiffs Edwin Palmeri and Ralph Palmeri and defendant Allstate Insurance Company, by and through their respective attorneys of record, hereby stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be DISMISSED in its entirety WITH PREJUDICE.  Each side shall bear its own fees and costs incurred in this federal district court proceeding.

Dated:  October 9, 2015

By   /s/Craig Mar
CRAIG MAR

Attorney for Plaintiffs
RALPH PALMERI and EDWIN PALMERI

Dated:  October 9, 2015              DENTONS US LLP

By   /s/Megan Barker
MEGAN BARKER

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

Dated: October 13, 2015

Hon. Maxine M. Chesney
United States District Judge

Case No. 3:14-cv-01267-MMC       -1-   STIPULATION RE: DISMISSAL WITH PREJUDICE; [PROP.] ORDER